Laura S. K. Slocum et al., Appellants, v. First National Bank of Chicago et al., Appellees.

Gen. No. 40,778. (Abstract of Decision.)

 Heard in first division, first district, this court at June term, 1939; opinion filed May 20, 1940. Shulman, Shulman & Abrams and Leo L. Ginsburg, for appellants; Meyer Abrams, of counsel; Claire W. Hardy, for certain appellee; Levinson, Becker, Peebles & Swiren, for certain other appellee; Max Swiren and Ben W. Heineman, of counsel; Pam, Hurd & Reichmann, for certain other appellee; Louis S. Hardin and Fredric H. Stafford, of counsel; Winston, Strawn & Shaw, for certain other appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''